**KENNETH A. RUSHTON (2827)**
**Attorney for Trustee**
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | Chapter 7 |
| TROY CAMPBELL<br>JENNIFER CAMPBELL | Bankruptcy No. 09-27463 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On September 8, 2010, Check # 104, in the amount of $655.98  was issued to Signal Butte Ranch HOA.

2. Said check was returned unclaimed by the postal department.

3. The unclaimed funds are on deposit in The Bank of New York Mellon, Account # 92008218165566.

4. The last known name and address of the payee, to which the check was sent, is as follows:

Signal Butte Ranch HOA
633 E. Ray Rd., Ste 122
Gilbert AZ 85296

5. A check in the amount of $655.98, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this __11__ day of __October__, 2010.

KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed

Funds to the parties listed below by depositing the same in the United States mail,

postage prepaid, this _11_ day of _October_, 2005.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

2